IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 14-10568 |
| | ) | |
| NARIHSHA SMITH | ) | CHAPTER 13 |
| | ) | |
| Debtor, | ) | JUDGE HARRIS |
| | ) | |
| | ) | **OBJECTION TO CLAIM** |
| | ) | **OF CARRINGTON MORTGAGE** |
| | ) | **SERVICES** |

Now comes Debtor, by and through counsel, and files an Objection to the claim of CARRINGTON MORTGAGE SERVICES, filed as a secured claim in the amount of $117,956.18 together with an arrearage claim of $25,952.02. The basis for the objection is that the subject property of the claim, 14021 Saybrook Avenue, Cleveland, Ohio 44105, is being surrendered pursuant to the confirmed Chapter 13 Plan.

WHEREFORE, Debtor requests that the claim of CARRINGTON MORTGAGE SERVICES be denied in its entirety.

Respectfully submitted,

/s/ Irving S. Bergrin
Irving S. Bergrin (0010100)
27600 Chagrin Blvd, #340
Cleveland, OH 44122
(216) 831-3424/Fax: 831-6584
ibergrin@aol.com
Attorney for Debtor

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **Objection to Claim of Carrington Mortgage Servicees** was sent to the following on this 9th day of June, 2014.

| | |
|---|---|
| Craig Shopneck, Chapter 13 Trustee<br>ch13shopneck@ch13cleve.com | Via ECF |
| Carrington Mortgage Services<br>1610 E. St. Andrew Place # B150<br>Santa Ana, CA 92705 | Via US Mail |
| Martha R. Spaner<br>Attorney for Creditor<br>3962 Red Bank Road<br>Cincinnati, OH 45227 | Via US Mail |

/s/ Irving S. Bergrin
Irving S. Bergrin
Attorney for Debtors