UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| Narihsha Smith | : | Case No.: 14-10568 |
| | : | Chapter 13 |
| Debtor(s). | : | Judge Arthur I. Harris |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**AMENDED NOTICE OF MOTION**

US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE PRP II PALS INVESTMENTS TRUST ("Creditor"), by and through its mortgage servicing agent SN Servicing Corp., has filed a motion with the Court to lift the automatic stay with respect to your property located at 14021 Saybrook Avenue, Cleveland, OH 44105. The preliminary hearing on this matter, if any is necessary, will be held on **October 22, 2015** at **1:00 P.M.** in the U.S. Bankruptcy Court, Howard M. Metzenbaum U.S. Court House, 201 Superior Avenue, Cleveland, OH 44114.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to enter relief from stay in accordance with the motion, or if you want the court to consider your views on the motion, then on or before **October 6, 2015**, you or your attorney must:

    File a written response, explaining your position, at:
        Clerk of the United States Bankruptcy Court
        Howard M. Metzenbaum U.S. Court House
        201 Superior Avenue
        Cleveland, OH 44114

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

    You must also mail a copy to:
        Manley Deas Kochalski LLC
        Attention: Daniel C. Wolters
        P.O. Box 165028
        Columbus, OH  43216-5028

15-015368_JDM1

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief from stay sought in the motion and may enter an order granting the relief from stay.

Dated: 09/15/15

/s/ Daniel C. Wolters
Daniel C. Wolters (0076521)
Edward H. Cahill (0088985)
John R. Cummins (0036811)
Adam B. Hall (0088234)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Daniel C. Wolters.
Contact email is dcwolters@manleydeas.com

15-015368_JDM1

# CERTIFICATE OF SERVICE

This is to certify that on September 15, 2015, a true and accurate copy of the foregoing Amended Notice of Motion and Opportunity to Object was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Office of U.S. Trustee, Northern District of Ohio, Party of Interest, (Registered address)@usdoj.gov

- Craig H. Shopneck, Chapter 13 Trustee, ch13shopneck@ch13cleve.com

- Irving S. Bergrin, Attorney for Narihsha Smith, ibergrin@aol.com

and on the below listed parties by regular U.S. mail, postage prepaid:

- Narihsha Smith, 6099 Ridgeway Drive, Bedford Heights, OH 44146

- Narihsha Smith, 14021 Saybrook Avenue, Cleveland, OH 44105

- Cuyahoga County Treasurer, 1219 Ontario Street, Rm 135, Cleveland, OH 44113

/s/ Daniel C. Wolters